**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ALVIN BARTHELEMESS DELAUNE**                          **CIVIL ACTION**

**VERSUS**                                                              **NO. 12-2727**

**DR. DICKEY HAYDEL, ET AL.**                              **SECTION "A"(1)**


**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that the defendants' motion, Rec. Docs. 21 and 31, is **GRANTED** and that

plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this __9th__ day of _____October_____, 2013.


_____
**UNITED STATES DISTRICT JUDGE**